UNITED STATES of America, Appellee,

v.

Eduardo CONTRERAS–FLORES, also known as Carlos Flores, Appellant.

No. 11–1946.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2011.

Filed: Oct. 19, 2011.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Eduardo Contreras–Flores pleaded guilty to illegal reentry after deportation. *See* 8 U.S.C. § 1326(a) and (b). The district court[1] sentenced him to 77 months in prison and 2 years of supervised release. His counsel has moved to withdraw and filed a brief under *Anders v. California,*

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the sentence is unreasonable. Contreras–Flores has filed a supplemental brief challenging his sentence and asserting that his trial counsel was ineffective.

Contrary to counsel's and Contreras–Flores's arguments, we conclude that the district court committed no procedural error in sentencing Contreras–Flores, and that the court imposed a substantively reasonable sentence. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc); *United States v. Garcia,* 512 F.3d 1004, 1006 (8th Cir.2008). We decline to review Contreras–Flores's ineffective-assistance claims in this direct appeal. *See United States v. Looking Cloud,* 419 F.3d 781, 788–89 (8th Cir.2005).

Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.